IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICK THOMAS,

    Petitioner,

vs.                                               Case No. 16-CV-0553-DRH

UNITED STATES OF AMERICA

    Respondent.

## ORDER TO SHOW CAUSE

**HERNDON, District Judge**:

    This matter comes before the Court for case management. On May 17, 2016, petitioner filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). In said petition, petitioner challenges his status as a career offender based upon *Johnson v. United States*, 135 S. Ct. 2551, 192 L. Ed. 2d 569 (2015). In accordance with this District's Administrative Order No. 176, the Court appointed the Federal Public Defender (FPD) to represent petitioner. Now the Assistant FPD—having determined there is no meritorious basis for obtaining the relief petitioner seeks —has moved to withdraw his appearance in light of the *Beckles v. United States*, \_\_\_ U.S. \_\_\_, 2017 WL 855781 (U.S. Mar. 6, 2017) decision (Doc. 12). A copy of said motion was provided to petitioner by the Assistant FPD.

    Pursuant to this Court's procedure, petitioner has 30 days in which to respond to the Assistant FPD's Motion to Withdraw. The Court hereby **DIRECTS** petitioner —on or before June 5, 2017—to file in this Court a Response

**SHOWING CAUSE** (i.e., a valid reason) why the undersigned should not grant the Assistant FPD's motion to withdraw and deny petitioner's *pro se* § 2255 petition. The government may, but is not required to, file any response to the Assistant FPD's motion by the same date.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to petitioner at his last known address.

**IT IS SO ORDERED.**

Signed this 4th day of May, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.05.04 17:06:14 -05'00'

**United States District Judge**